[No. 29174-2-I.   Division One.   March 22, 1993.]

SECURITY PACIFIC BANK OF WASHINGTON, *Respondent*, v.
NORMAN E. CIMOCH, *Defendant*, MARY ANN
CIMOCH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-04407-6, James D. McCutcheon, Jr., J.,
entered September 10, 1991. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Pekelis, A.C.J., and
Kennedy, J.

[No. 30305-8-I.   Division One.   March 22, 1993.]

HOUSEHOLD FINANCE CORPORATION III, *Respondent*,
v. ROBIN D. MILLER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-00094-8, Sharon S. Armstrong, J., entered
February 11, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 29583-7-I.   Division One.   March 22, 1993.]

SHORELINE SCHOOL DISTRICT NO. 412, *Appellant*, v.
ST. PAUL FIRE & MARINE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-09245-3, Norman W. Quinn, J., entered
October 17, 1991. *Affirmed* by unpublished opinion per For-
rest, J., concurred in by Pekelis, A.C.J., and Grosse, J.